FILED
June 10, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D32

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Jose Jimenez and Corina Jimenez | **Case No :** | 10-91305 - D - 13G |
| | | **Date :** | 6/8/10 |
| | | **Time :** | 10:00 |
| **Matter :** | [19] - Motion/Application for Relief from Stay [ASW-1] Filed by Creditor The Bank of New York (Fee Paid $150) (Isom) | | |
| **Judge :** | Robert S. Bardwil | | |
| **Courtroom Deputy :** | Carlene Walker | | |
| **Reporter :** | NOT RECORDED | | |
| **Department :** | D | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are stated in the civil minutes for the hearing.

IT IS ORDERED that the motion is granted as provided in this order; automatic stay vacated; Fed. R. Bank. P. 4001(a)(3) is waived; no further relief afforded.

Dated: June 10, 2010

*Robert S. Bardwil*
Robert S. Bardwil, Judge
United States Bankruptcy Court